TRAUBER, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by George T. Trauber against the Third Avenue Railroad Company. S. F. Kneeland, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

TUELL, Respondent, v. PAINE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Joseph B. C. Tuell against John O. Paine. G. R. Bristor, for appellant. H. W. Hardon, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PATTERSON and McLAUGHLIN, JJ., dissent.

TURTURIELLO, Respondent. v. COLUMBIA STORAGE WAREHOUSES, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Alesandro Turturiello against the Columbia Storage Warehouses. E. L. Richards, Jr., for appellant. L. Ehrenberg, for respondent. No opinion. Judgment and order affirmed, with costs.

TWELFTH WARD BANK OF CITY OF NEW YORK v. SPIERS et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by the Twelfth Ward Bank of the City of New York against Joseph Spiers and others. No opinion. Motion denied, upon payment of $10 costs of motion and $10 costs of term.

TYLER, Respondent, v. UTICA DAILY PRESS CO., appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) Action by William H. Tyler against the Utica Daily Press Company. No opinion. Judgment and order affirmed, with costs.

ULANOFF, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Harris Ulanoff against Barned Cohen. J. H. Hazelton, for appellant. A. C. Cass, for respondent. No opinion. Judgment affirmed, with costs.

VAN DE CARR et al. v. CROUCH. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Sarah L. Van De Carr and others against Frank P. Crouch. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant within 20 days prepares, files, and serves printed papers upon appeal, and pays $10 costs of motion, in which event the motion is denied.

VAN WICKLE, Respondent, v. WEAVER COAL & COKE CO., appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Daniel E. Van Wickle against the Weaver Coal & Coke Com-

pany. J. A. Arnold, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. See 85 N. Y. Supp. 82.

VAN ZELM, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Elizabeth Van Zelm, by Henri J. Van Zelm, her guardian, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment of the County Court of Westchester county unanimously affirmed, with costs.

VERAECIO, Respondent, v. MARCOLO, Appellant. (Supreme Court, Appellate Term. November 30, 1903.) Action by Giustino Veraecio against Angelo Marcolo. From a judgment for plaintiff, defendant appeals. Reversed. S. J. Gruenberg, for appellant. Bloch & H., for respondent.

PER CURIAM. The claim in suit appears to have been for one week's wages at the agreed rate of $14, and it is indicated by the defendant's testimony that the employment was abandoned by the plaintiff after two days of the particular week had elapsed. If this testimony be disregarded, because given by a party in interest, the case is barren of evidence of any performance by the plaintiff for the period for which he sues. He testified that he worked for "six or seven weeks," and the judgment rests upon nothing beyond his conclusion of an indebtedness in answer to the court's question: "How much does he owe you now?" The affirmance of such a judgment would involve something more than a mere disregard of technicalities, for substantial justice is not satisfied by a liability imposed upon a claim based on nothing possessing the quality of evidence. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

VILLAGE OF BOLIVAR, Appellant, v. PITTSBURG, S. & N. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by the village of Bolivar against the Pittsburg, Shawmut & Northern Railroad Company and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted; the form of the order and questions to be certified to be settled by and before Mr. Justice WILLIAMS, on two days' notice.

VILLAGE OF ST. JOHNSVILLE, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by the village of St. Johnsville against Daniel Smith and others. No opinion. Final order and interlocutory judgment unanimously affirmed, with costs.

VOLKMAN v. HAYES. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Summary proceedings by Christo-

pher **Volkman, as landlord,** against George W. Hayes, as tenant. No opinion. Order affirmed, with costs.

**WALKER, Respondent, v. TOWN OF PITTSFIELD, Appellant.** (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Cora A. Walker against the town of Pittsfield. No opinion. Order affirmed, with $10 costs and disbursements.

**WALTON, Respondent, v. GALMBACHER et al., Appellants.** (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Louisa F. Walton against Katherine Galmbacher and others. S. Sultan, for appellants. B. L. Kraus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**WARNER, Respondent, v. HOUSE, Appellant, et al.** (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Charles M. Warner against Louis House, impleaded, etc. No opinion. Order affirmed, with costs.

**WARREN, Respondent, v. STRATTON et al., Appellants.** (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Charles J. Warren against Harry L. Stratton and others. J. Stikeman, for appellants. I. N. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**WEIDENFELD, Appellant, v. McCLURE, Respondent.** (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Camille Weidenfeld against William McClure. No opinion. Appeal dismissed, with $10 costs and disbursements.

**WEISS, Respondent, v. DELEHANTY, Appellant.** (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Joseph Weiss against James A. Delehanty. T. C. O'Sullivan, for appellant. C. Simon, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

**WEISS, Appellant, v. SCHLEIMER, Respondent.** (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Morris D. Weiss against Abraham B. Schleimer. E. L. Richards, Jr., for appellant. Abraham B. Schleimer (Max Schleimer, of counsel), for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**WELCH, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Annie Welch against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs. See 75 N. Y. Supp. 173.

**WELCH v. SYRACUSE RAPID TRANSIT RY. CO.** (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Annie Welch against the Syracuse Rapid Transit Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

**WHALEY v. ERIE R. CO.** (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Nettie M. Whaley against the Erie Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, and certificate made, pursuant to section 191 of the Code of Civil Procedure.

**WHEELER v. CITY OF SYRACUSE.** (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Ezra N. Wheeler against the city of Syracuse. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

**WHITING, Appellant, v. TOWN OF HARTSVILLE, Respondent.** (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Ellen Whiting against the town of Hartsville. No opinion. Judgment and order affirmed, with costs.

**WIGHT, Appellant, v. FURNISS et al., Respondents.** (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Jane Wight against Robert Furniss and another. No opinion. Judgment affirmed, with costs.

**WILDEY v. MURRAY et al.** (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Elizabeth A. Wildey against David Murray and another. No opinion. Judgment affirmed, with costs.

**In re WILKIN.** (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) In the matter of Anna M. C. Wilkin, as, etc., of the estate of James Cunningham, deceased.

PER CURIAM. Decision and order of this court herein amended, so as to direct a new trial of the issues, upon condition, however, that any party to the proceeding have leave, upon such new trial, to read from the stenographer's minutes of the former trial the testimony of such witnesses as they may severally desire, and also that the trustee, at her own proper cost and expense, furnish security for the fund, or make such other provision for its safety as shall be agreed upon by the parties, subject to the approval of the court; the order to be settled by and before Mr. Justice WILLIAMS, at his chambers, on Thursday morning, January 21, 1904, at 10 o'clock.